STATE OF CONNECTICUT *v.* EMMANUEL B. SMITH, JR.

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 188 (AC 23977), is denied.

*Norman A. Pattis,* special public defender, in support of the petition.

*Melissa Streeto Brechlin,* assistant state's attorney, in opposition.

Decided April 19, 2006

STATE OF CONNECTICUT *v.* JERRY DURANT

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 219 (AC 25140), is granted, limited to the following issue:

"Whether a defendant may be found in violation of probation when the only claim alleged regarding violation of probation is that the defendant committed a crime and the defendant has been acquitted of that crime?"

The Supreme Court docket number is SC 17652.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided April 19, 2006